UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIRVIEW HEALTH SERVICES, d/b/a UNIVERSITY OF MINNESOTA MEDICAL CENTER,<br><br>      Plaintiff/Counter-Defendant,<br><br>v.<br><br>ARMED FORCES OFFICE OF THE ROYAL EMBASSY OF SAUDI ARABIA,<br><br>      Defendant/Counter-Plaintiff/Third-Party Plaintiff,<br><br>v.<br><br>INTERNATIONAL MEDICAL CENTER OF MINNESOTA, LLC, f/d/b/a MINNESOTA INTERNATIONAL MEDICINE, GLOBAL MEDICAL SERVICES, LLC, MEDICAL COST ADVOCATE, INC., KHEMWATTIE SINGH, AND SHERIF SAAD,<br><br>      Third-Party Defendants. | Case No. 21-cv-2666 (ECT/TNL)<br><br>**ORDER GRANTING PARTIAL STAY TO AMENDED PRETRIAL SCHEDULING ORDER** |

Before the Court is the Joint Motion for Temporary and Partial Stay of Amended Pretrial Scheduling Order, ECF No. 191, filed by Plaintiff / Counterclaim Defendant Fairview Health Services d/b/a University of Minnesota Medical Center ("Fairview"), Defendant / Counterclaim Plaintiff / Third-Party Plaintiff the Armed Forces Office of the

Royal Embassy of Saudi Arabia (the "AFO"), and Third-Party Defendants Medical Cost Advocate, Inc. ("MCA") and Sherif Saad ("Saad") (collectively, the "Parties"). The parties are seeking a temporary stay of the Amended Pretrial Scheduling Order, ECF No. 136.

Based on all of the files, records, and proceedings herein, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The parties' Joint Motion for Temporary and Partial Stay of Amended Pretrial Scheduling Order, ECF No. 191, is **GRANTED**.

2. All deadlines or events in the Amended Pretrial Scheduling Order, ECF No. 136, that were pending or scheduled as of August 9, 2024 are stayed until the Court rules on Fairview's Motions to Dismiss the AFO's Amended Counterclaim, ECF No. 148 and to Strike the AFO's Affirmative Defense G, ECF No. 153; MCA's Motion to Dismiss, ECF No. 146; and Saad's Motion to Dismiss, ECF No. 166.

3. The stay shall not apply to discovery conducted by the Parties during Phase I under Paragraph 4(c) in the Joint Rule 26(f) Report, ECF No. 67, which provides that "[d]uring Phase 1, the parties will exchange requests for production of documents, interrogatories, and requests for admissions," and "[n]o depositions will be taken during Phase 1."

4. Within 14 days after the Court issues its rulings on Fairview's Motions to Dismiss the AFO's Amended Counterclaim, ECF No. 148 and to Strike the AFO's Affirmative Defense G, ECF No. 153; MCA's Motion to Dismiss, ECF No. 146; and Saad's Motion to Dismiss, ECF No. 166, the Parties shall meet and confer and propose an amended scheduling order to the Court, which will offer adjusted dates but otherwise

follow the same structure set forth in the current Amended Pretrial Scheduling Order, ECF No. 136.

Dated: August 15, 2024

s/ Tony N. Leung
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Fairview Health Services v. Armed Forces Office of the Royal Embassy of Saudi Arabia et al*,
Case No. 21-cv-2666 (ECT/TNL)

3